IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HEWITT P. ROBERT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-CV-329-WKW (WO) |
| | ) |
| VANCE N. ABBETT, *in his* | ) |
| *official and individual capacity, et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Report and Recommendation of the Magistrate Judge (Doc. # 86), and upon an independent review of the file in this case, it is ORDERED that:

(1) The recommendation (Doc. # 86) is ADOPTED;

(2) The motions to amend (Docs. # 76, 85) are GRANTED;

(3) The motions to dismiss (Docs. # 40, 41, 46, 47, 49, 51, 52, 54, 60, 63, 67, 74) are GRANTED;

(4) The claims for malicious prosecution, the claims for Eighth Amendment violations, and the claims for declaratory and injunctive relief (*see* Doc. # 86, at 47-48) are DISMISSED without prejudice; all other federal claims are DISMISSED with prejudice;

(5) The remaining state-law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3);

(6) The motions to strike (Docs. # 59, 80) and motion on the pleadings (Doc. # 82) are DENIED;

(7)     The motion to quash service (Doc. # 49) is DENIED as moot;

(8)     The motions for sanctions under Rule 11 of the Federal Rules of Civil Procedure (Docs. # 44, 46) are DENIED;

(9)     All other outstanding motions are DENIED as moot.

An appropriate judgment will be entered.

DONE this 31st day of March 2009.

                                                /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE